```
                                          F I L E D
                                       IN CLERK'S OFFICE
                                   U.S. DISTRICT COURT E.D.N.Y.

                                       ★   AUG 29 2018   ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK           LONG ISLAND OFFICE
-----------------------------------------------------------------X
JENNIFER BABCOCK, on behalf of herself and a
class of similarly situated individuals,         Case No.: 18-cv-3626

                              Plaintiff,

    -against-

                                              **STIPULATION OF**

MIDDLE COUNTRY COLLECTION SERVICES, INC.,   **VOLUNTARY DISMISSAL**
a New York corporation and THE LEVINBOOK LAW
FIRM, P.C., a New York professional corporation;
NEIL S. LEVINBOOK, an individual,

                              Defendants.
-----------------------------------------------------------------X

Plaintiff, Jennifer Babcock, on behalf of herself and a class of similarly situated individuals, hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements or attorney fees to either party as against the other.

An executed faxed copy of this Stipulation shall be deemed the same as a signed original.

This, the 21 day of August, 2018.


_____          _____
Abraham Kleinman, Esq.              Matthew J. Bizzaro, Esq.
Kleinman LLC                        L'Abbate, Balkan, Colavita & Contini, L.L.P.
*Attorneys for Plaintiff*           *Attorneys for Defendants*
626 RXR Plaza                       Levinbook Law Firm, P.C. and Neil S. Levinbook
Uniondale, NY 11556-0626            1001 Franklin Avenue
(516) 522-2621                      Garden City, NY 11530
                                    (516) 294-8844


DATED: 08/21/2018                   DATED: 08/24/18

*The Clerk of the Court shall close the case.*

/s/ Arthur Sanders

Arthur Sanders, Esq.
Barron & Newburger, PC
*Attorneys for Defendant*
Middle Country Collection Services, Inc.
30 South Main Street
New City, NY 10956
(845) 499-2990

DATED: 8/21/18

**SO ORDERED**
/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: August 29, 2018
Central Islip, N.Y.

- 2 -